| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1  **Ethelma Angela Soulama**  <br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–0086**  <br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2  (Spouse, if filing)  <br>First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _  <br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter  **13   5/23/18** |
| Case number:  **1–18–42960–nhl** | |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No. listed below was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on ____ (date).

<u>Transferor data will be printed by the BNC</u>  
Name of Alleged Transferor

Address of Alleged Transferor:

<u>Transferee data will be printed by the BNC</u>  
Name of Transferee

Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: October 29, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**trcnew.jsp** [Notice of Trans of Claim rev. 02/01/17]